| | |
|---|---|
| 1 | Melissa Newel (#148563) |
| 2 | NEWEL LAW |
|   | 2625 Alcatraz Ave. Suite 132 |
| 3 | Berkeley, CA 94705 |
|   | (510) 316-3827 |
| 4 | mnewel@newellawfirm.com |

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN LEE-ANNE HOBSON,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:18-CV-0447 (EPG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR A FURTHER EXTENSION OF BRIEFING SCHEDULE (SOCIAL SECURITY DISABILITY APPEAL)**<br><br>**(ECF No. 14)** |

On December 26, 2018, Plaintiff filed a motion seeking a twenty-one day further extension for the Opening Brief in the above-referenced matter. (ECF No. 14). Good cause having been shown, IT IS ORDERED that Plaintiff shall be GRANTED her request for an extension of twenty-one (21) days to serve and file her Opening Brief. The brief shall be filed on or before **January 16, 2018**.

IT IS SO ORDERED.

Dated: __**December 26, 2018**__         /s/ Erin P. Gross
                                        UNITED STATES MAGISTRATE JUDGE